The judgment of the Court of Civil Appeals is affirmed.

Opinion adopted by the Supreme Court.

**MOFFITT. v. STATE.**

No. 17923.

Court of Criminal Appeals of Texas.

Feb. 12, 1936.

Hudson & Bier, of Paris, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is the unlawful possession of intoxicating liquor for the purpose of sale; penalty assessed at confinement in the penitentiary for three years.

Since the conviction of the appellant, the law upon which the prosecution is founded has been repealed. See Meadows v. State (Tex.Cr.App.) 88 S.W.(2d) 481.

The judgment is reversed, and the prosecution ordered dismissed.

**MOFFITT v. STATE.**

No. 17924.

Court of Criminal Appeals of Texas.

Feb. 12, 1936.

Hudson & Bier, of Paris, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is the possession of intoxicating liquor for the purpose of sale; penalty assessed at confinement in the penitentiary for two years and six months.

Since the conviction of the appellant, the law upon which the prosecution is founded has been repealed. See Meadows v. State (Tex.Cr.App.) 88 S.W.(2d) 481.

The judgment is reversed, and the prosecution ordered dismissed.